UNITED STATES of America,
Plaintiff—Appellee,

v.

Edmond Eugene ROBERTSON,
Jr., Defendant—Appellant.

No. 05–50235.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 9, 2006.*

Decided Feb. 14, 2006.

Christina Coates, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Suzanne M. Lachelier, FPDCA–Federal Public Defender'S Office, Los Angeles, CA, for Defendant–Appellant.

Before: PREGERSON, W. FLETCHER, and BYBEE, Circuit Judges.

MEMORANDUM **

The judgment of the district court is affirmed.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.